450 A.2d 224

Commonwealth v. Mannion, Appellant.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

Submitted November 10, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated February 24, 1981 is affirmed.